UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WHITNEY HOLLOMAN | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. |
| | * | |
| GNOTS, INC. | * | SECTION        MAG. |
| | * | JUDGE |
| | * | SECTION |

## COMPLAINT FOR DAMAGES

The complaint of Whitney Holloman, an individual of the full age of majority, represents:

1.

Jurisdiction exists in this Court pursuant to 28 U.S.C. Sec. 1333; suit is brought pursuant to the Jones Act, 46 U.S.C. Section 30104 et seq. and the General Maritime Law.

2.

This matter is identified as an admiralty or maritime claim in accordance with the provisions of Rule 9(h) of the Federal Rules of Civil Procedure.

3.

Made defendant herein is GNOTS, Inc. which was, at all times pertinent hereto, a domestic corporation authorized to do and doing business in the State of Louisiana with

its principal business establishment in Louisiana located at 12154A River Road, St. Rose, Louisiana.

4.

Venue is proper in this Honorable court pursuant to the provisions of 28 U.S.C.A. 1391 (b).

5.

At all times pertinent hereto, Defendant, GNOTS, Inc., was the owner, manager, operator and/or charterer of the M/V KOOL CAT.

6.

It is alleged that at all times pertinent hereto, the M/V KOOL CAT was in navigation and was located upon the navigable waters at River Fleet, St. Rose, Louisiana.

7.

Defendant is justly and truly indebted to Whitney Holloman for all damages that are reasonable in the premises, together with legal interest from date of occurrence until paid and for all costs of these proceedings by reason of the following:

8.

On or about September 2011, Whitney Holloman was employed by GNOTS, Inc. as a deckhand and was working in the course and scope of his employment when he was injured while attempting to remove a wire rope which was securing a barge.

9.

On or about November 6, 2011, Whitney Holloman was employed by GNOTS, Inc. as a deckhand and was working in the course and scope of his employment when he was injured due to a cluttered and disorganized work area.

10.

As a result of the September 2011 incident, Whitney Holloman injured his right shoulder.

11.

As a result of the November 6, 2011 incident, Whitney Holloman injured his right foot.

12.

Whitney Holloman alleges that a legal cause of the aforementioned accidents and injuries was the negligence of the defendant and its employees including but not limited to that of the crew of the M/V KOOL CAT and her crew.

13.

Whitney Holloman further alleges a proximate cause of his injuries was the unseaworthiness of the M/V KOOL CAT, the barges in its tow and the vessel's appurtenances.

14.

Because of said injuries, Whitney Holloman suffered severe and disabling injuries and has endured pain and suffering and mental anguish and will continue to so suffer, he will no longer be able to engage in his chosen occupation and has sustained and will continue to sustain a substantial loss of income and other employment related monies and benefits.

15.

Defendant, GNOTS, Inc. has consistently and callously refused to approve and pay the necessary and reasonable costs associated with Plaintiff's medical expenses and it has refused to pay reasonable maintenance.  Plaintiff asserts this refusal to pay his reasonable and necessary medical expenses is wanton, arbitrary and capricious, entitling Plaintiff to an award of punitive damages, compensatory damages, and attorney fees relative to his entitlement to maintenance and cure under the general maritime law.

**WHEREFORE**, Whitney Holloman prays that process in due form of law and according to the Federal Rules of Civil Procedure issue against Defendant, GNOTS, Inc., directing it to appear and answer, all and singular, the matters aforesaid and that after due proceedings have been had, there be judgment in favor of Whitney Holloman and against Defendant, GNOTS, Inc., for all damages that are reasonable in the premises, together with legal interest from date of occurrence until paid and for all cots of these proceedings.

**WHEREFORE,** Whitney Holloman further prays for all general and equitable relief which the justice of the cause may require and to which he may otherwise be entitled and that all experts' fees be taxed as costs.

LOUIS ST. MARTIN
A PROFESSIONAL LAW CORPORATION

*/s/ Stephen J. Johnson*_____
STEPHEN J. JOHNSON (22439)
Post Office Box 3320
#1 Church Street
Houma, Louisiana 70361 / 70364
Telephone:  (985) 868-9600
Facsimile:  (985) 868-1254
Email:  sjohnson@lsmaplc.com
Counsel for Complainant, Whitney Holloman

**PLEASE SERVE:**

**GNOTS, INC.**
Through its agent for service of process:
Mr. Daniel M. Wise
19 Shadow Lane
Destrehan, Louisiana 70047